STEVEN W. MYHRE
Acting United States Attorney
District of Nevada

CYNTHIA B. DE NARDI
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8961
Facsimile: (415) 744-0134
E-Mail: cynthia.denardi@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DESIREE NELSON,<br><br>    Plaintiff,<br><br>        v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:16-cv-02402-JCM-CWH<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Opposition to Plaintiff's Motion for Remand, due on November 13, 2017, by 30 days, through and including December 13, 2017.

An extension of time is needed in order to prepare Defendant's Opposition because the undersigned counsel is involved in preparations for two evidentiary hearings in labor and employment litigation matters, and requires additional time to adequately research and prepare the issues presented by Plaintiff in motion to remand. This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on November 7, 2017.

Respectfully submitted this 7th day of November 2017.

STEVEN W. MYHRE
Acting United States Attorney

*/s/ Cynthia B. De Nardi*
CYNTHIA B. DE NARDI
Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 8, 2017

| | |
|---|---|
| 1 | |
| 2 | **CERTIFICATE OF SERVICE** |
| 3 | I, Cynthia B. De Nardi, certify that the following individual was served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below: |

**CERTIFICATE OF SERVICE**

I, Cynthia B. De Nardi, certify that the following individual was served with a copy of the **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below:

**CM/ECF:**

Mark D. Barrett
Osterhout Disability Law, LLC
521 Cedar Way, Ste. 200
Oakmont, PA 15139
Mark@mydisabilityattorney.com

Hal Taylor
223 Marsh Avenue
Reno, NV 89509
haltaylorlawyer@gbis.com

Dated this 7th day of November 2017.

/s/ Cynthia B. De Nardi
CYNTHIA B. DE NARDI
Special Assistant United States Attorney

-3-