IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

DESIREE NELSON,

      Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security,

      Defendant.

CIVIL ACTION NO.
2:16-cv-2402-JCM-CWH

(PROPOSED) ORDER GRANTING
PLAINTIFF'S MOTION FOR
LEAVE TO FILE REPLY BRIEF

IT IS HEREBY ORDERED that plaintiff's Motion for Leave to File Reply Brief is GRANTED. Plaintiff's Reply Brief shall be filed on or before January 11, 2018.

Date: January 4, 2018

_____
HON. CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

1